# LAW OFFICE OF RONALD S. NIR

(718) 544-3970
(718) 575-4085 fax
(917) 643-1473 pager

CRIMINAL & CIVIL DEFENSE

125-10 Queens Boulevard
Suite 325
Kew Gardens, NY 11415

Hon. Judge John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

✦ NOV 22 2005 ✦

BROOKLYN OFFICE

November 9, 2005

Re: United States v. Mohammed Rahman, 05 CR 273

Dear Judge Gleeson:

I am requesting an adjournment of the sentence in this matter which was to be held on November 18, 2005 at 9:30 in the morning. This request is made in that counsel received the Probation Department's Pre-Sentence Report on November 3, 2005. Counsel has been and continues to be on trial in New York State Supreme Court, Queens County, before the Hon. Seymour Rotker on a five defendant Gang Assault trial. It is due to the fact that counsel has not had the requisite two week period to review the pre-sentence report and file his objections that the request for an adjournment is requested.

Counsel, therefore, requests an adjournment of this matter to December 2, 2005 at 2:00PM the morning.

*[handwritten: December 9, 2005 @ 10:00am]*

I thank the Court for its attention to this matter.

Sincerely,

Ronald S. Nir

s/John Gleeson